AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | | |
|---|---|---|
| JMC RESTAURANT HOLDINGS, LLC; AND JMC RESTAURANT HOLDINGS INTERNATIONAL, LLC, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. |
| MARCELO PEVIDA; JIA JU TAO; JOSEPH SILVESTRI; DOES 1-10; AND ABC BUSINESS ENTITIES 1-10, | ) ) ) ) | KUNTZ, J. |
| *Defendant(s)* | ) ) | |

CV 14 6157

SCANLON, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marcelo Pevida - 34-43 58th Street, Woodside, NY 11377;
Jia Ju Tao - 1192-20 Crocheron Avenue, Bayside, NY 11358; and
Joseph Silvestri - 1 Front Street, Brooklyn, New York 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Barry M. Benjamin , Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
1114 Avenue of the Americas, 21st Fl.
New York, NY 10036
Phone: (212) 775-8700
Email: BBenjamin@kilpatricktownsend.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  OCT 2 1 2014

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT

SUMMONS IN A CIVIL ACTION