UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JMC RESTAURANT HOLDINGS, LLC; and
JMC RESTAURANT HOLDINGS
INTERNATIONAL, LLC,

     Plaintiffs,

  - against -

MARCELO PEVIDA; JIA JU TAO; JOSEPH
SILVESTRI; DOES 1-10; and ABC BUSINESS
ENTITIES 1-10,

     Defendants.
-----------------------------------------------------------x

Civil Action No. 14 CV 6157

STIPULATION AND ORDER

  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, Marcelo Pevida and Jia Ju Tao, through their undersigned counsel that:

  1. Martin Shell, Esq. as attorney for the Defendant Jai Ju Tao, in the within action, hereby admits and accepts service of Plaintiffs' Summons and Complaint on behalf of Jai Ju Tao on October 31, 2014. Defendant Jai Ju Tao shall keep all defenses or objections to the lawsuit, the Court's jurisdiction and the venue of the action. Defendant Jai Ju Tao only waives any objections to the absence of a summons or of service.

  2. Defendants Jai Ju Tao and Marcelo Pevida shall have until January 6, 2015 to file an answer or any other responsive pleading to Plaintiffs' Complaint.

  3. An electronic or facsimile signature shall be deemed an original signature for purposes of this stipulation.

Dated: New York, New York
   November 10, 2014

1

| | |
|---|---|
| Kilpatrick Townsend & Stockton LLP<br><br>By: _/s/ Barry M. Benjamin_<br>Barry M. Benjamin, Esq.<br>Attorneys to JMC Restaurant<br>Holdings, LLC and JMC Restaurant<br>Holdings International, LLC<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 775-8700<br>Fax: (212) 775-8800<br>bbenjamin@KilpatrickTownsend.com | The Shell Law Firm, PLLC<br><br>By: _/s/ Martin Shell_<br>Martin Shell, Esq.<br>Attorneys to Marcelo Pevida<br>and Jia Ju Tao<br>11 Broadway, Suite 615<br>New York, New York 10004<br>Tel: (646) 616-3983<br>Fax: (212) 480-8560<br>mshell@shelllawfirm.com |

**SO ORDERED:**

S/ William F. Kuntz
United States District/~~Magistrate~~ Judge
November 26, 2014