Record of Conference and Orders: Vera M. Scanlon, USMJ       Date: 1/30/2017

Case: JMC Restaurant Holdings, LLC et al v. Pevida, et al.

Civ. A. 14-6157 (WFK)(VMS)
ECF Recording in 504N:     ☐ Telephone Conference    ☑ In-person Conference

4:30 - 5:36

Counsel: *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☑ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

Conference Type:

☐ Initial Conference  ☑ Status Conference  ☐ Settlement Conference  ☐ Motion Hearing  ☐ Discovery Conference
☐ JPTO Conference    ☐ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder          ☐ To be served      ☐ To be filed
   ☐ Complaint ☐ Answer                     ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed
☐ Status conference                          Date:               Time:
   ☐ In person ☐ Telephone (718) 613-2300    To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☑ Summary judgment to be initiated           ☑ PMC letter ☐ Briefing  2/14/17   x plsg re motion to enforce
☐ Joint pre-trial order to be filed          ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference                      Date:               Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: JMC Restaurant Holdings, LLC et al v. Pevida, et al.   Civ. A. 14-6157 (WFK)(VMS)

Date: 1/30/2017

**Additional Orders:**

By 2/6/17, counsel to submit settlement as to Ms. Lewin.

By 2/21/17, Mr. Silvestre is to initiate motion practice as to vacating the default.

By 2/21/17, Mr. Perrelli may undertake appropriate action to participate in this federal action to protect state court judgments.

By 2/14/17, any party seeking to make a dispositive motion or a motion to enforce the "settlement agreement" is to file a PMC letter.

Counsel are to consider whether a global settlement is possible, including judgment creditors and/or the landlord.

Page 2 of 2